

MOSER LAW FIRM, P.C.

Steven J. Moser, Esq.
Phone 631-759-4054
smoser@moseremploymentlaw.com

October 30, 2020

**VIA ECF**

Hon. Cheryl L. Pollak, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:     *Fuentes v. GGNGJG Enterprises, Inc,* 19-cv-7113(GRB)(CP)

Dear Judge Pollak:

Please accept this joint status report and proposed discovery schedule regarding the above referenced matter.

The parties have, despite diligent efforts, been unable to settle this matter.  The parties jointly propose the following discovery schedule:

1. First requests for production and interrogatories to be served on or before <u>November 27, 2020.</u>
2. Responses to first requests for production of documents and interrogatories to be served on or before <u>December 28, 2020</u>.
3. Discovery to be completed on or before <u>April 30, 2021</u>.

Respectfully submitted,

Steven J. Moser