

Steven J. Moser, Esq.
Phone 631-759-4054
smoser@moseremploymentlaw.com

February 2, 2021

**VIA ECF**

Hon. Cheryl L. Pollak, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:  *Fuentes v. GGNGJG Enterprises, Inc,* 19-cv-7113(GRB)(CP)

Dear Judge Pollak:

    I write to advise the Court that the parties have reached a settlement in principle of the above referenced FLSA/NYLL case.

                                             Respectfully submitted,

                                             Steven J. Moser