UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CESAR O. FUENTES,

                            Plaintiff,                         19-CV-7113 (LDH)(CLP)

-against-

GGNGJG ENTERPRISES, Inc. d/b/a RIELLA's
HOMESTYLE, VITO RASTELLI and
JAMES GIACCONE

                           Defendants.
---------------------------------------------------------X

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice.

The Court retains jurisdiction over the Settlement Agreement resolving this action.

A copy of this Stipulation shall be deemed as valid as an original.

Dated: ~~January~~ March 22, 2021

MOSER LAW FIRM, P.C.

By: _____
Steven J. Moser, Esq.
*Counsel for Plaintiff*
5 E. Main Street
Huntington, NY 11743
(516)671-1150
smoser@moseremploymentlaw.com

Dated: ~~January __, 2021~~ December 3, 2021

RAYMOND NARDO, P.C.

By: _____
Raymond Nardo, Esq.
*Counsel for Defendants*
129 Third Street
Mineola, NY 11501
(516)248-2121
raymondnardo@gmail.com


SO ORDERED THIS ___ DAY

OF _____, 2021

_____
U.S.D.J.

6