UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CESAR O. FUENTES,

                       Plaintiff,                              19-CV-7113 (LDH)(CLP)

       -against-

GGNGJG ENTERPRISES, Inc. d/b/a RIELLA's
HOMESTYLE, VITO RASTELLI and
JAMES GIACCONE

                     Defendants.
-------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned

action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil

Procedure, the action be dismissed, with prejudice.

      The Court retains jurisdiction over the Settlement Agreement resolving this action.

      A copy of this Stipulation shall be deemed as valid as an original.

Dated: ~~January~~ MARCH 22, 2021                    Dated: ~~January~~, ~~2021~~ December 3, 2021

MOSER LAW FIRM, P.C.                         RAYMOND NARDO, P.C.

By: _____                    By: _____
      Steven J. Moser, Esq.                         Raymond Nardo, Esq.
      *Counsel for Plaintiff*                      *Counsel for Defendants*
      5 E. Main Street                            129 Third Street
      Huntington, NY 11743                   Mineola, NY 11501
      (516)671-1150                              (516)248-2121
      smoser@moseremploymentlaw.com         raymondnardo@gmail.com

SO ORDERED THIS 6th DAY

OF December, 2021

*Cheryl L. Pollak*
~~U.S.D.J.~~
CHERYL L. POLLAK
Chief United States Magistrate Judge
Eastern District of New York